IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Applicant,

v.

SEARS, ROEBUCK AND CO.,

        Respondent.

---

Application for an Order To Show Cause why an
Administrative Subpoena Should Not Be Enforced

---

1. This is an action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-9.

2. Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3. Applicant Equal Employment Opportunity Commission ("EEOC") is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent is an employer doing business in the State of Colorado.

5. On February 21, 2008, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), the EEOC issued to the Respondent Subpoena No. DE-009-00010, which was duly served on the Respondent. This subpoena required the Respondent to produce information needed as part of the EEOC's investigation of a charge of unlawful employment practices, Charge No. 541-2009-00424, which has been filed against the Respondent.

6. Respondent has failed to fully respond to the Subpoena No. DE-009-0010.

8. Respondent's failure to comply with the Determination and Subpoena has delayed and hampered the EEOC's investigation.

9. The accompanying Declaration of Nancy A. Sienko, Field Office Director, filed concurrently herewith, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

    a. That the Court issue an Order directing the Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing the Respondent to comply with the subpoena;

    b. That, upon return of the Order to Show Cause, an Order issue directing the Respondent to comply with the subpoena; and

    c. That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be appropriate.

Dated: February 10, 2010

Respectfully submitted,

MARY JO O'NEILL
Regional Attorney
Phoenix District Office

RITA BYRNES KITTLE
Acting Supervisory Trial Attorney
Tel. (303) 866-1347
rita.kittle@eeoc.gov

*s/ Stephanie Struble*
Stephanie Struble
Trial Attorney
Tel. (303) 866-1381
Fax (303) 866-1375
stephanie.struble@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
303 East 17th Avenue, Suite 410
Denver, CO  80203
Attorneys for Plaintiff EEOC